UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | CRIMINAL ACTION H-17-651 |
| § § § | |
| FREDDY MONTES, *et al.* § | |

## Order

The Government's motion for extension of time (Dkt. 269) is GRANTED. It is therefore ORDERED that the Government's response to the pending motions is extended up to and including March 2, 2018.

**No additional continuances will be considered.**

Signed at Houston, Texas on March 2, 2018.

Gray H. Miller
United States District Judge